# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
JAMES R. FREGEAU § Case No. 13-38642
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 09/30/2013 . The case was converted to one under Chapter 7 on 01/31/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    17,068.30

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 34.69 |
   | Bank service fees | 845.08 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 16,188.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 07/23/2014 and the deadline for filing governmental claims was 07/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,456.83 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,456.83 , for a total compensation of $ 2,456.83 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 69.22 , for total expenses of $ 69.22 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/25/2017                    By:/s/Peter N. Metrou, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-38642 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAMES R. FREGEAU | | | | Date Filed (f) or Converted (c): | 01/31/2014 (c) |
| | | | | | 341(a) Meeting Date: | 03/12/2014 |
| For Period Ending: | 05/25/2017 | | | | Claims Bar Date: | 07/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home--9266 Maura Ct., Frankfort, | 359,650.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account--Negative Right N | 0.00 | 0.00 | | 0.00 | FA |
| 3. Trading Account through IronBeam at ABN Amro Bank | 141,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Various Household Goods Location: In debtor's poss | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Clothing Location: In debtor's posses | 300.00 | 0.00 | | 0.00 | FA |
| 6. Varios Jewelry Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) from prior employer Location: eTrade | 20,456.00 | 0.00 | | 0.00 | FA |
| 8. Fregeau Capital, Inc.--S-Corp that hasn't been ope | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2 Personal Injury Cases--James Fregeau v. Martha A | 32,000.00 | 0.00 | | 17,068.30 | FA |
| 10. 2007 Honda Accord--90,000 miles Location: In debto | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. Potential suit against IronBeam         (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Chase checking acct | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Chase savings account | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. Bank of America checking account | 100.00 | 0.00 | | 0.00 | FA |
| 15. Old Second Bank checking account | 3,000.00 | 0.00 | | 0.00 | FA |
| 16. American Century Gift Trust         (u) | 450.00 | 0.00 | | 0.00 | FA |
| 17. Cashiers check from Chase Bank         (u) | 73,000.00 | 73,000.00 | | 0.00 | FA |
| 18. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 19. Open E-cry trading account opened 8/13 balance negative (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $641,306.00 | $73,000.00 | | $17,068.30 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of Debtor's assets and transfers 4/21/2014. Debtor involved in criminal charges and invoking 5th amendment rights hindering collection efforts. Debtor's discharge waived by agreement see dckt#69 3/28/2014.  PI case settled and funds collected by trustee 5/10/2014.  Trustee employed counsel and Motion for turnover of $141,000 granted 2/11/2015. Collection efforts on turnover and contempt of Debtor appealed and affirmed 6/26/2015.  Collection efforts continue with various citations issued 6/10/2016.

Exhibit A

RE PROP #         3    --    See docket #136

Initial Projected Date of Final Report (TFR): 06/01/2021        Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-38642 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | JAMES R. FREGEAU | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5033 | |
| | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX8339 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 05/25/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/14 | 9 | LLOYD, DAVID P. Attorney at Law 615B S. LaGrange Road LaGrange, IL 60525 | Turnover of PI proceeds | 1142-000 | $17,068.30 | | $17,068.30 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $19.64 | $17,048.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.53 | $17,024.13 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.31 | $16,998.82 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.27 | $16,973.55 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.42 | $16,949.13 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.20 | $16,923.93 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.35 | $16,899.58 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.12 | $16,874.46 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.09 | $16,849.37 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $22.63 | $16,826.74 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $16.32 | $16,810.42 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.02 | $16,785.40 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.15 | $16,761.25 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.92 | $16,736.33 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.08 | $16,712.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $17,068.30            $356.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-38642 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JAMES R. FREGEAU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5033 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX8339 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.85 | $16,687.40 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.81 | $16,662.59 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.98 | $16,638.61 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.74 | $16,613.87 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.90 | $16,589.97 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.66 | $16,565.31 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.63 | $16,540.68 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.00 | $16,517.68 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $9.15 | $16,508.53 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.56 | $16,483.97 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.72 | $16,460.25 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.47 | $16,435.78 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.65 | $16,412.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.40 | $16,387.73 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.36 | $16,363.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $348.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-38642 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JAMES R. FREGEAU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5033 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8339 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.54 | $16,339.83 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.29 | $16,315.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $16,292.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.22 | $16,267.85 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.19 | $16,243.66 |
| 02/07/17 | 5003 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $9.22 | $16,234.44 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.81 | $16,212.63 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.10 | $16,188.53 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,068.30 | $879.77 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,068.30 | $879.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,068.30 | $879.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*       Page Subtotals:       $0.00     $174.84

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5033 - Checking Account (Non-Interest Earn | $17,068.30 | $879.77 | $16,188.53 |
|  | $17,068.30 | $879.77 | $16,188.53 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $17,068.30 |
| Total Gross Receipts: | $17,068.30 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-38642-BWB  
Debtor Name: JAMES R. FREGEAU  
Claims Bar Date: 7/23/2014  

Date: May 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,697.18 | $1,697.18 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $69.22 | $69.22 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $20,572.50 | $20,572.50 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $335.92 | $335.92 |
| 1 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $6,455.14 | $6,455.14 | $6,455.14 |
| 2 300 7100 | MERCEDES-BENZ FINANCIAL SERVICES<br>USA LLC f/k/a DCFS USA LLC<br>C/O Freedman Anselmo & Lindberg<br>PO Box 3216<br>Naperville, IL 60566-9713 | Unsecured<br>Payment Status:<br>Valid To Pay | (2-1) RETAIL INSTALLMENT CONTRACT DEFICIENCY BALANCE-2008 MERCEDES-BENZ CLK350 | $0.00 | $42,985.18 | $42,985.18 |
| 3 300 7100 | FIFTH THIRD BANK<br>9441 LBJ Freeway #350<br>Dallas, TX 75243 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $16,193.30 | $16,193.30 |
| 4 300 7100 | UNIVERSITY ANESTHESIOLOGISTS<br>PO Box 128<br>Glenview, IL 60025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $252.00 | $8,008.32 | $8,008.32 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-38642-BWB  
Debtor Name: JAMES R. FREGEAU  
Claims Bar Date: 7/23/2014  
Date: May 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO  44101 | Unsecured<br>Payment Status:<br>Valid To Pay | (5-1) COLLATERAL=SECURED MORTGAGE LOAN: 9266 MAURA COURT, FRANKFORT, IL 60423 // ARREARS: 2057.65(5-2) COLLATERAL=UNSECURED LINE OF CREDIT // AMENDING CLAIM #5 FROM SECURED TO UNSECURED<br>(5-1) SUBMITTED BY C SWIDER  2706(5-2) SUBMITTED KLWILLIAMS // 270 | $102,475.00 | $102,475.79 | $102,475.79 |
| 6<br>300<br>7100 | CAPITAL ONE N. A<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | (6-1) CREDIT CARD DEBT | $0.00 | $323.71 | $323.71 |
| 7<br>300<br>7100 | ANTIO, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $17,946.83 | $17,946.83 |
| 8<br>300<br>7100 | ANTIO, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Unsecured<br>Payment Status:<br>Withdrawn | | $0.00 | $17,946.83 | $17,946.83 |
| 9<br>300<br>7100 | SHATKIN ARBOR, LLC<br>Wolin & Rosen, Ltd.<br>55 West Monroe Street<br>Suite 3600<br>Chicago, IL  60603 | Unsecured<br>Payment Status:<br>Valid To Pay | (9-1) Trading Account<br>(9-1) Modified on 11/25/2013 to correct creditor address (KS)(9-2) modified name and address (cch) 9/22/2014 | $40,205.95 | $42,618.50 | $42,618.50 |
| 11<br>300<br>7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $3,413.00 | $3,084.77 | $3,084.77 |
| 12<br>300<br>7100 | SPORTS AND SPINE REHAB<br>C/O Collection Professionals Inc<br>PO Box 416<br>LaSalle, IL  61301 | Unsecured<br>Payment Status:<br>Valid To Pay | (12-1) Modified on 12/26/2013 to correct creditor address (KS) | $1,449.00 | $1,454.34 | $1,454.34 |
| 13<br>300<br>7100 | LVNV FUNDING, LLC ITS SUCCESSORS AN<br>assigns as<br>assignee of Soaring Capital, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Unsecured<br>Payment Status:<br>Valid To Pay | | $157.00 | $157.86 | $157.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-38642-BWB  
Debtor Name: JAMES R. FREGEAU  
Claims Bar Date: 7/23/2014  

Date: May 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | CACH, LLC<br>4340 S. Monaco Street, 2nd Floor<br>Denver, CO  80237 | Unsecured<br>Payment Status:<br>Valid To Pay | | $14,698.00 | $14,698.13 | $14,698.13 |
| 15 300 7100 | DIMONTE & LIZAK, LLC<br>216 W. Higgins Road<br>Park Ridge, IL  60068 | Unsecured<br>Payment Status:<br>Valid To Pay | (15-1) services performed, attorney's fees | $0.00 | $1,025.00 | $1,025.00 |
| 16 300 7100 | JAHNKE, SULLIVAN & TOOLIS LLC<br>10075 W. Lincoln Highway<br>Frankfort, IL  60423 | Unsecured<br>Payment Status:<br>Valid To Pay | (16-1) Attorney's fees | $0.00 | $3,593.00 | $3,593.00 |
| 17 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois  60664-0338 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $923.76 | $923.76 |
| 10 400 4110 | U S BANK NATIONAL ASSOCIATION<br>NATIONSTAR MORTGAGE, LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Secured<br>Payment Status:<br>Invalid | (10-1) Modified on 12/5/2013 to correct creditor name (KS)<br><br>Order Disallowing Claim #10 per c/o Dkt#90 | $0.00 | $243,331.19 | $243,331.19 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $9.15 | $9.15 |
| | Case Totals | | | $169,105.09 | $545,905.62 | $545,905.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-38642
Case Name: JAMES R. FREGEAU
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 16,188.53

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,456.83 | $ 0.00 | $ 1,697.18 |
| Trustee Expenses: Peter N. Metrou | $ 69.22 | $ 0.00 | $ 47.82 |
| Attorney for Trustee Fees: FactorLaw | $ 20,572.50 | $ 0.00 | $ 14,211.48 |
| Attorney for Trustee Expenses: FactorLaw | $ 335.92 | $ 0.00 | $ 232.05 |
| Other: ARTHUR B. LEVINE COMPANY | $ 9.15 | $ 9.15 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 16,188.53
Remaining Balance  $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 261,943.63 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,455.14 | $ 0.00 | $ 0.00 |
| 2 | MERCEDES-BENZ FINANCIAL SERVICES | $ 42,985.18 | $ 0.00 | $ 0.00 |
| 3 | FIFTH THIRD BANK | $ 16,193.30 | $ 0.00 | $ 0.00 |
| 4 | UNIVERSITY ANESTHESIOLOGISTS | $ 8,008.32 | $ 0.00 | $ 0.00 |
| 5 | PNC BANK | $ 102,475.79 | $ 0.00 | $ 0.00 |
| 6 | CAPITAL ONE N. A | $ 323.71 | $ 0.00 | $ 0.00 |
| 7 | ANTIO, LLC | $ 17,946.83 | $ 0.00 | $ 0.00 |
| 9 | SHATKIN ARBOR, LLC | $ 42,618.50 | $ 0.00 | $ 0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 3,084.77 | $ 0.00 | $ 0.00 |
| 12 | SPORTS AND SPINE REHAB | $ 1,454.34 | $ 0.00 | $ 0.00 |
| 13 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 157.86 | $ 0.00 | $ 0.00 |
| 14 | CACH, LLC | $ 14,698.13 | $ 0.00 | $ 0.00 |
| 15 | DIMONTE & LIZAK, LLC | $ 1,025.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | JAHNKE, SULLIVAN & TOOLIS LLC | $ 3,593.00 | $ 0.00 | $ 0.00 |
| 17 | ILLINOIS DEPARTMENT OF REVENUE | $ 923.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE