IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-38642 |
| | ) | CHAPTER 7 |
| JAMES R. FREGEAU, | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

### NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 25th day of May, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                              */s/ Peter N. Metrou*
                                              **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

Amerassist AR Solutions
Acct#: 2267
445 Hutchinson Ave. Ste 500
Columbus, OH 43235-8616

ANTIO, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Antio, LLC
c/o Weinstein Pinson & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Armor Systems Co.
Acct#: 5896
1700 Kiefer Dr. Ste. 1
Zion, IL 60099-5105

Banfield Pet Hospital
2775 Plainfield Rd
Joliet, IL 60435-1166

Banfield Pet Hospital
C/O IC System Inc
PO Box 64378
Saint Paul, MN 55164-0378

Bank of America
C/O Cach, LLC
Acct#: 9916
4340 S. Monaco St., Unit 2
Denver, CO 80237-3485

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CACH, LLC
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237-3485

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA
Acct#: 8346
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Chase Bank USA
Acct#: 5990
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA
Acct#: 7442
PO Box 15298
Wilmington, DE 19850-5298

CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Citibank SD
Acct#: 4179
PO Box 6241
Sioux Falls, SD 57117-6241

Collection Professionals
723 First Street
La Salle, IL 61301-2535

Comcast
Acct#: 2994
155 Industrial Dr
Elmhurst, IL 60126-1618

Comcast
C/O Credit Management
Acct#: 2994
4200 International
Carrollton, TX 75007-1912

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Di Monte & Lizak LLC
216 West Higgins Road
Park Ridge, IL 60068-5706

DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover
PO Box 30421
Salt Lake City, UT 84130-0421

Eileen Arsich
77 W Wacker Dr 50th
Chicago, IL 60601-1604

Fifth Third Bank Leasing
Acct#: 6886
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
9441 LBJ Freeway #350
Dallas, TX 75243-4652

SERVICE LIST

| | | |
|---|---|---|
| Illinois Deparment of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Jacquelyn Callham<br>% KINDWALD LAW OFFICE PC<br>105 W MADISON 1800<br>Chicago, IL 60602-4651 |
| Jacquelyn Callham<br>C/O Kindwald Law Office PC<br>105 W Madison 1800<br>Chicago, IL 60602-4651 | Jahnke, Sullivan & Toolis LLC<br>10075 W. Lincoln Highway<br>Frankfort, IL 60423-1272 | James R. Fregeau<br>9266 Maura Ct.<br>Frankfort, IL 60423-9200 |
| Jareds Jewelers<br>Acct#: 9470<br>375 Ghent Rd.<br>Fairlawn, OH 44333-4601 | Jareds Jewelers<br>C/O LVNV Funding<br>PO Box 10584<br>Greenville, SC 29603-0584 | Kohl's<br>Acct#: 9294<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding<br>Acct#: 9470<br>PO Box 10584<br>Greenville, SC 29603-0584 | LVNV Funding, LLC its successors and assigns<br>assignee of Soaring Capital, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | McGinnis Tessitore Wutscher LL<br>Acct#: 2751<br>107 W. Madison St., Ste. 1800<br>Chicago, IL 60602 |
| Medical Business Bureau<br>Acct#: 3539<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Mercedes-Benz Financial Services<br>Acct#: 2253<br>13650 Heritage Valley Parkway<br>Fort Worth, TX 76177 | Mercedes-Benz Financial Services<br>USA LLC f/k/a DCFS USA LLC<br>C/O Freedman Anselmo & Lindberg<br>PO Box 3216<br>Naperville, IL 60566-7216 |
| Nationstar Mortgage LLC<br>Acct#: 2751<br>2828 N. Harwood St.<br>Dallas, TX 75201-1518 | Nationstar Mortgage LLC<br>C/O McGinnis Tessitore Wutscher LL<br>107 W Madison St Ste 1800<br>Chicago, IL 60602 | NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Palos Anesthesia<br>Acct#: 3539<br>12251 S 80th Ave<br>Palos Heights, IL 60463-0930 | Palos Anesthesia<br>C/O Medical Business Bureau<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1331 | Rush Surgicenter<br>Acct#: 2267<br>1725 W Harrison St, #556<br>Chicago, IL 60612-2846 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank<br>Acct#: 3031<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 | PNC Bank<br>C/O Weltman Weinberg & Reis Co<br>180 N Lasalle St Suite 2400<br>Chicago, IL 60601-2704 |

SERVICE LIST

Silver Cross Hospital
Acct#: 6045
1900 Silver Cross Blvd
New Lenox, IL 60451-9509

Silver Cross Hospital
C/O Vision Financial Coll Serv
PO Box 800
Purchase, NY 10577-0800

Southwest Dematology
Acct#: 6001
15300 West Ave #120S
Orland Park, IL 60462-4508

Southwest Dematology
C/O IC System Inc
PO Box 64378
Saint Paul, MN 55164-0378

Sports and Spine Rehab S.C.
39 Bankview Dr.
Frankfort, IL  60423-1861

Sports and Spine Rehab
C/O Collection Professionals Inc
PO Box 416
LaSalle, IL 61301-0416

U S Bank National Association
NATIONSTAR MORTGAGE, LLC C/O
WEINSTEIN, PINSON & RILEY, P.S.
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

U.S. Bank National Association, as Trustee,
c/o Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

U.S. BANK, NATIONAL ASSOCIATION,
SUCCESSOR T
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

U.S. BANK, NATIONAL ASSOCIATION,
SUCCESSOR T
c/o Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Rush Surgicenter
C/O Amerassist AR Solutions
445 Hutchinson Ave Ste 500
Columbus, OH 43235-8616

University Anesthesiologists
Acct#: 5896
7358 N Lincoln Ave
Lincolnwood, IL 60712-1710

University Anesthesiologists
C/O Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099-5105

University Anesthesiologists
PO Box 128
Glenview, IL 60025-0128

Vision Financial Coll. Serv. C
Acct#: 6045
PO Box 800
Purchase, NY  10577-0800

Weltman Weinberg & Reis Co.
Acct#: 3031
180 N. LaSalle St., Suite 2400
Chicago, IL 60601-2704

Gershenzon DDS Associates
Acct#: 4211
30 N. Michigan Avenue #904
Chicago, IL 60602-3501

Gershenzon DDS Associates
C/O Choice Recovery
PO Box 20790
Columbus, OH 43220-0790

Shatkin Arbor Inc
C/O Wolin & Rosen Ltd
55 West Monroe St Ste 3600
Chicago, IL 60603-5026

IC System, Inc.
Acct#: 6001
PO Box 64378
Saint Paul, MN 55164-0378

Shatkin Arbor, LLC
Wolin & Rosen, Ltd.
55 West Monroe Street
Suite 3600
Chicago, IL 60603-5026

Shimmering View Homeowner's Assn
7220 W 194th St Ste 105
Tinley Park, IL 60487-9228

**Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                  §
                                        §
JAMES R. FREGEAU                        §     Case No. 13-38642
                                        §
        Debtor                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/25/2017              By: /s/ Peter N. Metrou
                                            Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JAMES R. FREGEAU § Case No. 13-38642
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,068.30 |
| and approved disbursements of | $ | 879.77 |
| leaving a balance on hand of[1] | $ | 16,188.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,456.83 | $ 0.00 | $ 1,697.18 |
| Trustee Expenses: Peter N. Metrou | $ 69.22 | $ 0.00 | $ 47.82 |
| Attorney for Trustee Fees: FactorLaw | $ 20,572.50 | $ 0.00 | $ 14,211.48 |
| Attorney for Trustee Expenses: FactorLaw | $ 335.92 | $ 0.00 | $ 232.05 |
| Other: ARTHUR B. LEVINE COMPANY | $ 9.15 | $ 9.15 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 16,188.53 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 261,943.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,455.14 | $ 0.00 | $ 0.00 |
| 2 | MERCEDES-BENZ FINANCIAL SERVICES | $ 42,985.18 | $ 0.00 | $ 0.00 |
| 3 | FIFTH THIRD BANK | $ 16,193.30 | $ 0.00 | $ 0.00 |
| 4 | UNIVERSITY ANESTHESIOLOGISTS | $ 8,008.32 | $ 0.00 | $ 0.00 |
| 5 | PNC BANK | $ 102,475.79 | $ 0.00 | $ 0.00 |
| 6 | CAPITAL ONE N. A | $ 323.71 | $ 0.00 | $ 0.00 |
| 7 | ANTIO, LLC | $ 17,946.83 | $ 0.00 | $ 0.00 |
| 9 | SHATKIN ARBOR, LLC | $ 42,618.50 | $ 0.00 | $ 0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 3,084.77 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | SPORTS AND SPINE REHAB | $ 1,454.34 | $ 0.00 | $ 0.00 |
| 13 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 157.86 | $ 0.00 | $ 0.00 |
| 14 | CACH, LLC | $ 14,698.13 | $ 0.00 | $ 0.00 |
| 15 | DIMONTE & LIZAK, LLC | $ 1,025.00 | $ 0.00 | $ 0.00 |
| 16 | JAHNKE, SULLIVAN & TOOLIS LLC | $ 3,593.00 | $ 0.00 | $ 0.00 |
| 17 | ILLINOIS DEPARTMENT OF REVENUE | $ 923.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $                0.00

Remaining Balance                                              $                0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Peter N. Metrou
                                                Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.