UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
 §
 §
JAMES R. FREGEAU § Case No. 13-38642
 §
 §
         Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 585,599.00<br>*(Without deducting any secured claims)* | Assets Exempt: 23,707.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged<br>Without Payment:  853,709.80 |
| Total Expenses of Administration:  17,068.30 | |

   3) Total gross receipts of $ 17,068.30  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,068.30  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 497,654.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,554.59 | 23,554.59 | 17,068.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 263,217.09 | 279,890.46 | 279,890.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 760,871.26 | $ 303,445.05 | $ 303,445.05 | $ 17,068.30 |

   4)  This case was originally filed under chapter on  09/30/2013 , and it was converted to chapter 7 on  01/31/2014 .  The case was pending for 43 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/09/2017                         By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Personal Injury Cases--James Fregeau v. Martha A | 1142-000 | 17,068.30 |
| **TOTAL GROSS RECEIPTS** | | **$17,068.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Nationstar Mortgage LLC 2828 N. Harwood St. Dallas TX 75201 | | 497,654.17 | NA | NA | 0.00 |
| | Representing: Nationstar Mortgage LLC | | 0.00 | NA | NA | 0.00 |
| | Representing: PNC Bank | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 497,654.17 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,697.18 | 1,697.18 | 1,697.18 |
| Peter N. Metrou | 2200-000 | NA | 69.22 | 69.22 | 47.82 |
| ADAMS LEVINE | 2300-000 | NA | 16.32 | 16.32 | 16.32 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 9.15 | 9.15 | 9.15 |
| LTD. International Sureties | 2300-000 | NA | 9.22 | 9.22 | 9.22 |
| Associated Bank | 2600-000 | NA | 845.08 | 845.08 | 845.08 |
| FactorLaw | 3210-000 | NA | 20,572.50 | 20,572.50 | 14,211.48 |
| FactorLaw | 3220-000 | NA | 335.92 | 335.92 | 232.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 23,554.59 | $ 23,554.59 | $ 17,068.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

Case 13-38642  Doc 144  Filed 08/18/17  Entered 08/18/17 15:06:27  Desc Main
Document      Page 5 of 17

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Banfield Pet Hospital 2775 Plainfield Rd Joliet IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Creditor # : 10 Fifth Third Bank Leasing 5050 Kingsley Dr Cincinnati OH 45227 | | 11,473.00 | NA | NA | 0.00 |
| | Creditor # : 11 Gershenzon DDS Associates 30 N. Michigan Avenue #904 Chicago IL 60602 | | 827.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 12 Jacquelyn Callham % KINDWALD LAW OFFICE PC 105 W MADISON 1800 Chicago IL 60602 | | 3,261.00 | NA | NA | 0.00 |
| | Creditor # : 14 Kohl's PO Box 3115 Milwaukee WI 53201-3115 | | 323.00 | NA | NA | 0.00 |
| | Creditor # : 15 Marti & Michael Jatis | | 0.00 | NA | NA | 0.00 |
| | Creditor # : 16 Mercedes-Benz Financial Services 13650 Heritage Valley Parkway Fort Worth TX 76177 | | 42,435.00 | NA | NA | 0.00 |
| | Creditor # : 17 Palos Anesthesia 12251 S 80th Ave Palos Heights IL 60463-0930 | | 50.00 | NA | NA | 0.00 |
| | Creditor # : 18 Rush Surgicenter 1725 W Harrison St, #556 Chicago IL 60612 | | 1,747.00 | NA | NA | 0.00 |
| | Creditor # : 20 Shimmering View Homeowner's Assn. 7220 W. 194th St. Ste. 105 Tinley Park IL 60487 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 21 Silver Cross Hospital 1900 Silver Cross Blvd New Lenox IL 60451 | | 809.00 | NA | NA | 0.00 |
| | Creditor # : 22 Southwest Dematology 15300 West Ave #120S Orland Park IL 60462 | | 155.00 | NA | NA | 0.00 |
| | Creditor # : 4 Chase Bank USA PO Box 15298 Wilmington DE 19850 | | 6,941.00 | NA | NA | 0.00 |
| | Creditor # : 5 Chase Bank USA PO Box 15298 Wilmington DE 19850 | | 8,145.00 | NA | NA | 0.00 |
| | Creditor # : 6 Citibank SD PO Box 6241 Sioux Falls SD 57117-6241 | | 17,946.00 | NA | NA | 0.00 |
| | Creditor # : 7 Comcast 155 Industrial Dr Elmhurst IL 60126-1618 | | 0.00 | NA | NA | 0.00 |
| | Creditor # : 9 EILEEN ARSICH 77 W WACKER DR 50TH Chicago IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Representing: Banfield Pet Hospital | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Bank of America | | 0.00 | NA | NA | 0.00 |
| | Representing: Comcast | | 0.00 | NA | NA | 0.00 |
| | Representing: Gershenzon DDS Associates | | 0.00 | NA | NA | 0.00 |
| | Representing: Jacquelyn Callham | | 0.00 | NA | NA | 0.00 |
| | Representing: Jareds Jewelers | | 0.00 | NA | NA | 0.00 |
| | Representing: Palos Anesthesia | | 0.00 | NA | NA | 0.00 |
| | Representing: Rush Surgicenter | | 0.00 | NA | NA | 0.00 |
| | Representing: Shatkin Arbor, Inc. | | 0.00 | NA | NA | 0.00 |
| | Representing: Silver Cross Hospital | | 0.00 | NA | NA | 0.00 |
| | Representing: Southwest Dematology | | 0.00 | NA | NA | 0.00 |
| | Representing: Sports and Spine Rehab S.C. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: University Anesthesiologists | | 0.00 | NA | NA | 0.00 |
| 7 | ANTIO, LLC | 7100-000 | NA | 17,946.83 | 17,946.83 | 0.00 |
| 8 | ANTIO, LLC | 7100-000 | NA | 17,946.83 | 17,946.83 | 0.00 |
| 14 | CACH, LLC | 7100-000 | 14,698.00 | 14,698.13 | 14,698.13 | 0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,413.00 | 3,084.77 | 3,084.77 | 0.00 |
| 6 | CAPITAL ONE N. A | 7100-000 | NA | 323.71 | 323.71 | 0.00 |
| 15 | DIMONTE & LIZAK, LLC | 7100-000 | NA | 1,025.00 | 1,025.00 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 6,455.14 | 6,455.14 | 6,455.14 | 0.00 |
| 3 | FIFTH THIRD BANK | 7100-000 | NA | 16,193.30 | 16,193.30 | 0.00 |
| 17 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 923.76 | 923.76 | 0.00 |
| 16 | JAHNKE, SULLIVAN & TOOLIS LLC | 7100-000 | NA | 3,593.00 | 3,593.00 | 0.00 |
| 13 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | 157.00 | 157.86 | 157.86 | 0.00 |
| 2 | MERCEDES-BENZ FINANCIAL SERVICES | 7100-000 | 0.00 | 42,985.18 | 42,985.18 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | PNC BANK | 7100-000 | 102,475.00 | 102,475.79 | 102,475.79 | 0.00 |
| 9 | SHATKIN ARBOR, LLC | 7100-000 | 40,205.95 | 42,618.50 | 42,618.50 | 0.00 |
| 12 | SPORTS AND SPINE REHAB | 7100-000 | 1,449.00 | 1,454.34 | 1,454.34 | 0.00 |
| 4 | UNIVERSITY ANESTHESIOLOGISTS | 7100-000 | 252.00 | 8,008.32 | 8,008.32 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 263,217.09 | $ 279,890.46 | $ 279,890.46 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-38642 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAMES R. FREGEAU | | | | Date Filed (f) or Converted (c): | 01/31/2014 (c) |
| | | | | | 341(a) Meeting Date: | 03/12/2014 |
| For Period Ending: | 08/10/2017 | | | | Claims Bar Date: | 07/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home--9266 Maura Ct., Frankfort, | 359,650.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account--Negative Right N | 0.00 | 0.00 | | 0.00 | FA |
| 3. Trading Account through IronBeam at ABN Amro Bank | 141,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Various Household Goods Location: In debtor's poss | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. Various Used Clothing Location: In debtor's posses | 300.00 | 0.00 | | 0.00 | FA |
| 6. Varios Jewelry Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) from prior employer Location: eTrade | 20,456.00 | 0.00 | | 0.00 | FA |
| 8. Fregeau Capital, Inc.--S-Corp that hasn't been ope | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2 Personal Injury Cases--James Fregeau v. Martha A | 32,000.00 | 0.00 | | 17,068.30 | FA |
| 10. 2007 Honda Accord--90,000 miles Location: In debto | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. Potential suit against IronBeam (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Chase checking acct | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Chase savings account | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. Bank of America checking account | 100.00 | 0.00 | | 0.00 | FA |
| 15. Old Second Bank checking account | 3,000.00 | 0.00 | | 0.00 | FA |
| 16. American Century Gift Trust (u) | 450.00 | 0.00 | | 0.00 | FA |
| 17. Cashiers check from Chase Bank (u) | 73,000.00 | 73,000.00 | | 0.00 | FA |
| 18. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 19. Open E-cry trading account opened 8/13 balance negative (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $641,306.00 $73,000.00 $17,068.30 $0.00
(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of Debtor's assets and transfers 4/21/2014. Debtor involved in criminal charges and invoking 5th amendment rights hindering collection efforts. Debtor's discharge waived by agreement see dckt#69 3/28/2014.  PI case settled and funds collected by trustee 5/10/2014.  Trustee employed counsel and Motion for turnover of $141,000 granted 2/11/2015. Collection efforts on turnover and contempt of Debtor appealed and affirmed 6/26/2015.  Collection efforts continue with various citations issued 6/10/2016.

Exhibit 8

RE PROP #        3   --   See docket #136

Initial Projected Date of Final Report (TFR): 06/01/2021          Current Projected Date of Final Report (TFR): 04/30/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-38642 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: JAMES R. FREGEAU | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5033 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8339 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 08/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/14 | 9 | LLOYD, DAVID P. Attorney at Law615B S. LaGrange RoadLaGrange, IL 60525 | Turnover of PI proceeds | 1142-000 | $17,068.30 | | $17,068.30 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $19.64 | $17,048.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.53 | $17,024.13 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.31 | $16,998.82 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.27 | $16,973.55 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.42 | $16,949.13 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.20 | $16,923.93 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.35 | $16,899.58 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.12 | $16,874.46 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.09 | $16,849.37 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $22.63 | $16,826.74 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $16.32 | $16,810.42 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $25.02 | $16,785.40 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.15 | $16,761.25 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.92 | $16,736.33 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.08 | $16,712.25 |

Page Subtotals: $17,068.30    $356.05

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-38642 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: JAMES R. FREGEAU | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5033 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8339 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 08/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.85 | $16,687.40 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.81 | $16,662.59 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.98 | $16,638.61 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.74 | $16,613.87 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.90 | $16,589.97 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.66 | $16,565.31 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $24.63 | $16,540.68 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $23.00 | $16,517.68 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $9.15 | $16,508.53 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.56 | $16,483.97 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.72 | $16,460.25 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.47 | $16,435.78 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.65 | $16,412.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.40 | $16,387.73 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.36 | $16,363.37 |

Page Subtotals: $0.00   $348.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-38642 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JAMES R. FREGEAU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5033 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX8339 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 08/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.54 | $16,339.83 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.29 | $16,315.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $16,292.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.22 | $16,267.85 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.19 | $16,243.66 |
| 02/07/17 | 5003 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $9.22 | $16,234.44 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.81 | $16,212.63 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.10 | $16,188.53 |
| 06/26/17 | 5004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $1,745.00 | $14,443.53 |
| | | Peter N. Metrou | Final distribution representing a payment of 69.08 % per court order. ($1,697.18) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 69.08 % per court order. ($47.82) | 2200-000 | | | |
| 06/26/17 | 5005 | FactorLaw 105 W. Madison, Suite 1500 Chicago, IL 60602 | Distribution | | | $14,443.53 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $16,363.37 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-38642 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JAMES R. FREGEAU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5033 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX8339 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 08/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FactorLaw | Final distribution representing a payment of 69.08 % per court order. | ($14,211.48) 3210-000 | | | |
| | | FactorLaw | Final distribution representing a payment of 69.08 % per court order. | ($232.05) 3220-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,068.30 | $17,068.30 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,068.30 | $17,068.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,068.30 | $17,068.30 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5033 - Checking Account (Non-Interest Earn | $17,068.30 | $17,068.30 | $0.00 |
| | $17,068.30 | $17,068.30 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,068.30 |
| Total Gross Receipts: | $17,068.30 |

Page Subtotals:                    $0.00            $0.00